PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMAD ESMAIL, | ) |
| Petitioner, | ) CASE NO. 4:15CV2327 <br> ) |
| v. | ) JUDGE BENITA Y. PEARSON <br> ) |
| WARDEN SLOAN, | ) |
| Respondent. | ) **MEMORANDUM OF OPINION AND** <br> ) **ORDER** [Regarding ECF No. 8] |

*Pro se* Petitioner Amad Esmail filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Respondent Warden Brigham Sloan filed a Return of Writ. ECF No. 5. The case was referred to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to Local Rule 72.2(b)(2). On October 6, 2017, Magistrate Judge Limbert submitted his report and recommendation, recommending dismissal of the petition. ECF No. 8.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's report were, therefore, due on October 23, 2017.[1] Petitioner has not filed any objections to Magistrate Judge Limbert's report and recommendation. Any further review by the Court would be a duplicative and

---

[1] Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served the Magistrate Judge's Report by mail. *See Thompson v. Chandler*, 36 F. App'x. 783, 784 (6th Cir. 2002).

(4:15CV2327)

inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Accordingly, the Court hereby adopts the Report and Recommendation. The Petition for a Writ of Habeas Corpus (ECF No. 1) is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| December 15, 2017 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |